THERESA VALENTINE, Respondent, v. CHARLES COOK, Appellant, and Others, Defendants.— Motion to dismiss appeal denied upon condition that appellant

perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.